RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
DEBORAH HEDLEY (CSB No. 276826)
deborah@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Defendant
Tripledot Studios Limited

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA DEFAZIO, an individual, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRIPLEDOT STUDIOS LIMITED, a foreign corporation,<br><br>Defendant. | Case No: **'22CV1422 BEN BLM**<br><br>**DEFENDANT TRIPLEDOT STUDIOS LIMITED'S NOTICE OF REMOVAL**<br><br>Removed from the Superior Court of California, County of San Diego<br>Case No: 37-2022-00017054-CU-NP-CTL |

NOTICE OF REMOVAL

**TO THE CLERK OF THE COURT, PLEASE TAKE NOTICE** that Defendant Tripledot Studios Limited ("Tripledot" or "Defendant") hereby removes this case to the United States District Court for the Southern District of California under 28 U.S.C. § 1441 (b), based upon diversity jurisdiction under 28 U.S.C. § 1332. In support of removal, Tripledot states as follows:

## PROCEDURAL BACKGROUND

1. On May 5, 2022, Plaintiff Alexa DeFazio ("DeFazio" or "Plaintiff") filed a lawsuit in San Diego Superior County Superior Court entitled *Alexa DeFazio v. Tripledot Studios Limited*, Case No. 37-2022-00017054-CU-NP-CTL (the "State Court Action").

2. On August 22, 2022, Tripledot received the Summons and First Amended Complaint ("FAC") in the State Court Action. A copy received by Tripledot is attached hereto as **Exhibit A**. Tripledot is not in possession of a proof of service but attests that it received a copy of the Summons and FAC on August 22, 2022. Declaration of Akin Babayigit, ¶3.

## GROUNDS FOR REMOVAL

3. This Court has original diversity jurisdiction over this case under 28 U.S.C. §1332(a) which provides that a district court has diversity jurisdiction where the amount in controversy exceeds $75,000, and the parties are citizens of different States.

4. Here, complete diversity of citizenship exists, for, as alleged in the Complaint, DeFazio is a citizen of California, residing in San Diego County and Tripledot is a citizen of England, a foreign state. Ex. A., FAC, ¶¶16, 18; see also Declaration of Akin Babayigit ¶2. Further, DeFazio has purported to bring a class action on behalf of individuals in California and the United States. Ex. A, FAC, ¶39. There is also complete diversity between the purported class, made up of U.S. citizens, and Tripledot, a foreign citizen.

NOTICE OF REMOVAL        - 1 -        CASE NO. _____

5. Further, it is facially apparent from the Complaint that the amount in controversy exceeds $75,000, exclusive of interests and costs, including because: (a) Plaintiff indicated that the amount demanded is "unlimited," (meaning her monetary demand exceeds $25,000) on the Civil Case Cover Sheet filed in this matter (Ex. A, Civil Case Cover Sheet); (b) the amount of sales in dispute is greater than $75,000, with the Plaintiff alleging Tripledot receives $100 million in revenue per year (Ex. A, FAC, ¶2)( see also Lewis v. Verizon Commc'ns, Inc., 627 F.3d 395, 400 (9th Cir. 2010) (the "amount in controversy is simply an estimate of the total amount in dispute, not a prospective assessment of defendant's liability."); (c) Plaintiff seeks injunctive relief; and (d) Plaintiff recovery seeks reasonable attorneys' fees.  Taken together, the amount of sales, including plaintiff's purchases alone, the cost imposed by an injunction, and plaintiffs' attorneys' fees through trial, easily exceeds $75,000. See e.g., Maxin v. RHG & Co., Inc., No. 16-CV-2625 JLS (BLM), 2018 WL 9540503, at *6 (S.D. Cal. Feb. 16, 2018) (approving award of $247,500 in attorneys' fees and costs upon settlement related to Consumers Legal Remedies Act ("CLRA"), Unfair Competition Law ("UCL"), and False Advertising Law ("FAL") claims); Littlejohn v. Ferrara Candy Co., No. 318CV00658AJBWVG, 2019 WL 2514720, at *6 (S.D. Cal. June 17, 2019), aff'd sub nom. Littlejohn v. Copland, 819 F. App'x 491 (9th Cir. 2020) (approving $272,000 award of attorney's fees and costs upon settlement to class counsel on fraud, CLRA, UCL, FAL and breach of warranty claims).

6. Thus, this matter may be removed from the state court pursuant to 28 U.S.C. §1441(a) because this Court has diversity jurisdiction under 28 U.S.C. §1332(a).

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal, including exhibits, is being served on Plaintiff's counsel, the only adverse party.

8. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal, including exhibits, will be filed with the Superior Court of the State of California for the County of San Diego.

Dated: September 20, 2022                    TYZ LAW GROUP PC

                                             /s/ Deborah A. Hedley
                                             Deborah A. Hedley

                                             Attorneys for Defendant
                                             Tripledot Studios Limited

NOTICE OF REMOVAL         - 3 -         CASE NO. _____