1  RYAN TYZ (CSB No. 234895)
   ryan@tyzlaw.com
2  DEBORAH HEDLEY (CSB No. 276826)
   deborah@tyzlaw.com
3  TYZ LAW GROUP PC
   4 Embarcadero Center, 14th Floor
4  San Francisco, CA 94111
   Telephone: 415.868.6900
5
   Attorneys for Defendant
6  Tripledot Studios Limited

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ALEXA DEFAZIO, an individual, on behalf of herself and those similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRIPLEDOT STUDIOS LIMITED, a foreign corporation,<br><br>　　　　　Defendant. | Case No: 3:22-cv-01422-BEN-BLM<br><br>**DEFENDANT TRIPLEDOT STUDIOS LIMITED'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P RULE 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Tripledot Studios Limited certifies, through undersigned counsel, that it is a wholly-owned subsidiary of parent corporation Tripledot.

Dated: September 20, 2022

TYZ LAW GROUP PC

 */s/ Deborah A. Hedley*
Deborah A. Hedley

Attorneys for Defendant
Tripledot Studios Limited