# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA DEFAZIO, an individual, on behalf of herself and those similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>TRIPLEDOT STUDIOS LIMITED, a foreign corporation,<br><br>  Defendant. | Case No.: 3:22-cv-1422-BTM-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND CLOSING CASE** |

For good cause shown, the parties' joint motion to dismiss this action is **granted**. (ECF No. 20). Plaintiff's claims are dismissed with prejudice, and the putative class claims are dismissed without prejudice. Each party shall bear its own costs, expenses, and attorneys' fees. The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: October 10, 2023

_____
Honorable Barry Ted Moskowitz
United States District Judge